## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: May 4, 2000

GEORGE MARTINEZ                    CIVIL NO. 98-1556 (DRD)

    Plaintiff

v.

HOSPITAL SAN PABLO, et al.

    Defendants

BY ORDER OF THE COURT, the Initial Scheduling Conference scheduled for today is re-set for **May 24, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified by telephone & mail/fax:

Mariangela Tirado, Esq.
Pedro Córdova, Esq.
Gloria De-Corral, Esq.
Jaime Morales, Esq.
José Otero, Esq.