UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: May 24, 2000 |
| **CIVIL NO. 98-1556 (DRD)** | |
| LAW CLERK: Nathan J. Schulte | |

================================================================

| | |
|---|---|
| GEORGE MARTINEZ | Attorney: |
| | Ricardo **COLLAZO-SUAREZ** |
| Plaintiffs | Mariangela **TILADO-VALES** |
| v. | |
| HOSPITAL SAN PABLO, INC, et al. | Gloria **De CORRAL** |
| | Pedro J. **CORDOVA** |
| Defendants. | Jose **ENRIQUE OTERO** |

================================================================

A SCHEDULING CONFERENCE was called and the parties informed the Court of the status of the case. First, the Court requests that the Clerk of Court **NOTIFY** attorney Ricardo Collazo-Suarez with all further filings. Second, counsel Pedro J. Cordova, requested that the Court immediately issue a judgment dismissing Co-defendants, Robert F. Hunter Mellado and Juan M. Vázquez Medina, from this case. The Court brought to the attorney's attention First Circuit Court of Appeals case law specifically instructing District Courts as a matter of practice not to grant partial judgments as they foster piecemeal appeals. See e.g. Nichols v. Cadle Co., 101 F.3d 1448, 1449 (1st Cir. 1996) ("piecemeal appellate review invites mischief. Because the practice poses a host of potential problems we have warned, time and again, that Rule 54(b) should be used sparingly.").

As for scheduling, the Court **ORDERS** the following deadlines to be heeded by the parties commencing June 1, 2000:

1) All deposition are to be completed within 90 days;

2) All experts are to be identified within 60 days;

3) Full compliance with Fed.R.Civ.P. 26 for all experts within 30 days after Step 2) above is completed.

**ALL** Discovery is to be completed by December 31, 2000. A Status Conference will be held on **December 14, 2000 at 5:00 p.m.** All dates stated herein are **final and fatal**. The parties are encourage at this early stage of the litigation to explore settlement.

P:\MINUTES\98-1556A.MEM
s/c: Counsel of record

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

