## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: January 16, 2001

GEORGE MARTINEZ

CIVIL NO. 98-1556 (DRD)

v.

HOSPITAL SAN PABLO, et al.

BY ORDER OF THE COURT, Status Conference not held on December 14, 2000 is hereby re-set for **January 31, 2001 at 4:30 P.M.** before Honorable Judge Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified:

Mariangela Tirado, Esq.
Ricardo Collazo, Esq.
José Otero Matos, Esq.
Gloria De Corral, Esq.
Jaime Morales Morales, Esq.