## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
### BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: January 31st, 2001
**CIVIL NO. 98-1556 (DRD)**
LAW CLERK: Carlos D. Rivas

===============================================================

**MARTINEZ, GLORIA**                     Attorneys: **COLLAZO-SUAREZ**, Ricardo and **TIRADO-VALES**, Mariangela.

Plaintiff,

v.

**HOSPITAL SAN PABLO**, et al         **OTERO**, Jose, and **DE-CORRAL-HERNANDEZ**, Gloria

Defendant

===============================================================

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case, and the Court set out a revised discovery schedule. Accordingly, Defendants' Motion Requesting Extension of Time to Complete Discovery (Docket No. 57) and Motion Requesting Extension of Time to Conduct Discovery (Docket No. 59) are therefore **GRANTED**, as modified by this Order.

Plaintiff has identified two potential expert witnesses– Dr. Rolando Cintron and Dr. Luis Baez, both medical doctors. Plaintiff shall fully comply with FRCP 26 and provide Defendant with the required expert reports **within 60 days**. Plaintiff's attorneys also advised the Court that they may also ask Dr. Robert Hunter, a potential witness with personal knowledge of the disputed events, to provide certain expert testimony relating to the treatment received. However, the Court reminded Plaintiff's attorneys that if they intend to present Dr. Hunter's expert opinion, other than relating to the treatment received, they must also provide reports pursuant to FRCP Rule 26.

In addition, the Court ordered Defendants to provide answers to pending interrogatories **within 20 days**. Any summary judgment motions must be **filed by June 30th, 2001**, with replies **filed by July 15th, 2001**. All depositions must be **concluded within 120 days**, and discovery must therefore be **completed by May 30th, 2001**. The Court strongly encourages the parties to seek a settlement, and hereby orders a **SETTLEMENT/PRETRIAL CONFERENCE** to be held **on June 8th, 2001 at 2:00pm**. If settlement does not materialize, the parties must be ready to treat

the aforementioned conference as a pretrial conference. Accordingly, pretrial memoranda shall be submitted by that date.

Finally, the Court ordered the parties to be ready for trial **on August 6ᵗʰ, 2001**. Proposed jury instructions must be exchanged by the parties before the trial date. All deadlines set forth herein are **final** and **no extensions shall be granted**.

s/c: Counsel of record

P:\MINUTES\98-1556_iscmin_0129.wpd

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**