# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*APR 11 AM 8: 02*
*CLERK'S OFFICE*
*U.S. DIST. COURT*
*SAN JUAN P.R.*

Plaintiff(s) ___George Martinez___

CIVIL NO. ___98-1556___ (DRD)

v.

Defendant(s) ___Hospital San Pablo et al___

_____

| MOTION | ORDER |
|---|---|
| Docket entry no. **61** | ☒ GRANTED. |
| Date: __3__ / __30__ / __01__ . | ☐ DENIED. |
| Title: Motion to Extend Time to Provide Expert Report | ☒ MOOT. |
| | ☐ NOTED. |

GRANTED/MOOT. Defendants Hospital
San Pablo and Hospital San Pablo
Bloodbank have already furnished
the report required under Fed R Civ P 26
(see Docket #62 )

IT IS SO ORDERED.

Date: __April 18, 2002__ .

___Daniel K. D___

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

63 A