UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: June 15, 2001
**CIVIL NO. 98-1556 (DRD)**
LAW CLERK: Dinorath Rosario Miranda

===============================================================================

**GEORGE MARTINEZ,**     Attorney:
   Plaintiff,     Mariangela TIRADO-VALES
    Ricardo COLLAZO-SUAREZ

v.

**HOSPITAL SAN PABLO, INC., ET ALS,**     Gloria M. DE CORRAL
   Defendant.     José E. OTERO

===============================================================================

    The Pretrial Conference set for today was converted into a Status Conference. The parties advised the Court as to the status of the case. The Court advised counsel for Plaintiff to depose nurses and doctors as soon as possible. Parties agreed to hold said depositions on June 29, 2001. The Court further advised counsel for Plaintiff that their theory as to negligence had to be supported by evidentiary facts at trial and has to survive the tests found in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 US 579, 113 S.Ct. 2786 (1993); Kumho Tire Company, Ltd. v. Carmichael, 526 U.S. 137, 119 S.Ct. 1167 (1999) and/or Ruiz-Troche v. Pepsi Cola of P.R. Bottling Co., 161 F.3d 77, 81 (1st Cir. 1998). No theory of any expert shall be passed to the jury for weight and credibility determinations, unless the theory is supported by facts established at trial. The parties are strongly encouraged to explore settlement.

    The date set for trial was set aside. All dispositive motions must be filed by **July 16, 2001**. A Pretrial Conference is set for **August 9, 2001 at 5:00 p.m.**

s/c: Counsel of record

P \MINUTES\98-1556_pre-trial wpd

DANIEL R. DOMINGUEZ
DISTRICT JUDGE