UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: August 9, 2001 |
| **CIVIL NO. 98-1556 (DRD)** | |
| LAW CLERK: Ronald Swanson-Cerna, Esq. | |

===========================================================================

| | |
|---|---|
| **GEORGE MARTINEZ,** | Attorney: |
| Plaintiff, | Mariangela TIRADO-VALES |
| | Ricardo COLLAZO-SUAREZ |
| v. | |
| **HOSPITAL SAN PABLO, INC., ET ALS,** | Gloria M. DE CORRAL |
| Defendant. | José E. OTERO |

===========================================================================

     The Settlement Conference set for today was premature. The parties advised the Court as to the status of the case. The Court rescheduled the Settlement Conference for **November 14, 2001, at 5:30 PM.** Notwithstanding the new date, the Court advised the parties not to wait until November to initiate settlement conversations. The Court further advised counsel that all party representatives with the capacity to make immediate settlement decisions are to be reachable by telephone during the scheduled Settlement Conference.

s/c: Counsel of record

P:\MINUTES\98-1556 Settlment Conf.wpd

                                      DANIEL R. DOMINGUEZ
                                      DISTRICT JUDGE

