UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GEORGE MARTINEZ,**
Plaintiff

v.                                              CASE NUMBER: CIV 98-1556 (DRD)

**HOSPITAL SAN PABLO, et. al.,**
Defendants

## ORDER

Plaintiff has requested an additional 45-day extension to respond to Defendants' motion for Summary Judgment (Plaintiff's Motion is Docket #70). During a Settlement Conference held on August 9, 2001, the Court rescheduled the Settlement Conference for November 14, 2001. The Court instructs all parties that if settlement can not be reached by that date, then any / all responses to dispositive motions will be due on **November 14, 2001**. As such, Plaintiff's Motion is GRANTED with the noted date modification. NO FURTHER TIME EXTENSIONS SHALL BE GRANTED.

**IT IS SO ORDERED.**

Date: August __31__, 2001                    DANIEL R. DOMINGUEZ
P:\RDSC\Cases\98-1556\Time Ext.wpd            U.S. District Judge

| Rec'd: | EOD: |
|--------|------|