UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GEORGE MARTINEZ,**
Plaintiff

v.

CASE NUMBER: CIV 98-1556 (DRD)

**HOSPITAL SAN PABLO, et. al.,**
Defendants

### ORDER

The Plaintiff has filed a Motion for Voluntary Dismissal with respect to Dr. Manuel Martínez Colón (Docket #75). The Motion is **GRANTED**. This case is **DISMISSED** with prejudice against Dr. Martínez Colón. There are no awards of attorneys fees or imposition of costs.

IT IS SO ORDERED.

Date: October 17, 2001

**DANIEL R. DOMINGUEZ**
U.S. District Judge

|        | Rec'd: | EOD: |
|--------|--------|------|
|        | By:    | #77  |