IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GEORGE MARTINEZ | NOVEMBER 14, 2001 |
| Plaintiff | CIVIL: NO. 98-1556(DRD) |
| v. | |
| HOSPITAL SAN PABLO, et al., | |
| Defendants | |

_____

BY ORDER OF THE COURT, the settlement conference set for today November 14, 2001 is hereby reset for December 28, 2001 at 10:30 A.M. before the Honorable Judge Daniel R. Domínguez.

OMAR FLAQUER
COURTROOM DEPUTY CLERK

s/c: Counsel of record to be notified