UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: December 28, 2001 |
| **CIVIL NO. 98-1556 (DRD)** | |
| LAW CLERK: Ronald Swanson-Cerna, Esq. | |

===========================================================================

**GEORGE MARTINEZ,**　　　　　　　　　　　Attorney:
　Plaintiff,　　　　　　　　　　　　　　　Mariangela TIRADO-VALES
　　　　　　　　　　　　　　　　　　　　　Ricardo COLLAZO-SUAREZ

v.

**HOSPITAL SAN PABLO, INC., ET ALS,**　　　Gloria M. DE CORRAL
　Defendant.

===========================================================================

　　　The Settlement Conference set for today was fruitful but no fixed settlement was reached. The Court reviewed with both parties the strengths and weaknesses of their respective cases. The parties advised the Court that they are close to the possibility of reaching a settlement. As such, this Settlement Conference is rescheduled for **January 8, 2002, at 5:00 PM**.
　　　The Motion for Summary Judgment continues under advisement.

s/c: Counsel of record

P:\RDSC\Cases\98-1556\Minutes- Settlement Conf 2.wpd

　　　　　　　　　　　　　　　　　　　　　　　　　　**DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**