# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**GEORGE MARTINEZ,**
Plaintiff

v.                                            CASE NUMBER: CIV 98-1556 (DRD)

**HOSPITAL SAN PABLO, et. al.,**
Defendants

---

## ORDER and JUDGMENT

The parties having reached a Settlement Agreement in this case, Plaintiff has filed a Motion for Voluntary Dismissal (Docket # 84). Plaintiff's Motion is **GRANTED** and this case is **DISMISSED with prejudice**. The parties are ORDERED to fully abide with all terms of the Settlement Agreement reached.

**IT IS SO ADJUDGED AND DECREED.**

---

**DATE: January 30, 2002**

P:\RDSC\Cases\98-1556\Settlement.wpd

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

| Rec'd: | EOD: |
|--------|------|
| By | # 87 |

s/cs:to ( 5 )
attys/pts
in ICMS